**Order entered February 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01201-CR

**CHRISTOPHER NJOKU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 9**
**Dallas County, Texas**
**Trial Court Cause No. MA13-16684-K**

## ORDER

The Court **REINSTATES** the appeal.

On January 22, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant had intended to retain counsel; (3) appellant presented evidence to the trial court regarding his financial status and the trial court has found appellant is indigent; and (4) the Dallas County Public Defender's Office has been appointed to represent appellant on appeal.

We **DIRECT** the Clerk to add Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office, as appellant's appointed attorney of record.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Katherine Drew and Lori Ordiway.

/s/     ADA BROWN
              JUSTICE